■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY D. MATOS, Appellant. (Appeal No. 2.) [813 NYS2d 320]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), rendered September 20, 2004. The judgment revoked defendant's probation and imposed a sentence of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Matos* ([appeal No. 1] 28 AD3d 1120 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.